UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

MCKENNEDY ARMSTEAD                    CIVIL ACTION NO. 04-1666-P

VERSUS                                JUDGE HICKS

RAY HANSON, ET AL.                    MAGISTRATE JUDGE HORNSBY

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e).

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this 15th day of February, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE